## UNITED STATES v. RHEIMS CO.

(Circuit Court of Appeals, Second Circuit. December 9, 1909.)

### No. 97 (4,155).

Appeal from the Circuit Court of the United States for the Southern District of New York.

Application of the Rheims Company for review of decision of appraisers. From a judgment reversing the decision (169 Fed. 602), the United States appeal. Affirmed.

D. Frank Lloyd, Deputy Asst. Atty. Gen. (Martin T. Baldwin, of counsel), for the United States.

Walden & Webster (Henry J. Webster, of counsel), for importers.

Before LACOMBE, WARD, and NOYES, Circuit Judges.

PER CURIAM. The technical objection taken to the finding of the Circuit Court, namely, that error was not sufficiently assigned, is disposed of by what we have said in U. S. v. Loewenthal, 175 Fed. 777, handed down to-day. The decision in Paterson v. U. S., 166 Fed. 733, 92 C. C. A. 524, disposes of the question of classification.

Decision affirmed.